■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY PEARSON, Appellant. [723 NYS2d 681] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ruchelsman, J.), rendered February 3, 1999, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The prosecution's cross-examination of the defendant did not exceed the scope of the court's *Sandoval* ruling (*see, People v*

*Walker,* 119 AD2d 521; *see also, People v Sandoval,* 34 NY2d 371). Ritter, J. P., Krausman, H. Miller and Smith, JJ., concur.